UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA MCCOY,<br><br>  Plaintiff,<br><br> v.<br><br>CA DEPT OF SOCIAL SERVICES, *et al.*,<br><br>  Defendants. | Case No. 2:22-cv-00566-DAD-JDP (PS)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE |

A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service, and plaintiff has failed to notify the court of a current address.

Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice for failure to prosecute. *See* E.D. L.R. 183(b).

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court. Such objections should be captioned "Objections to Magistrate Judge's Findings

and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:    December 23, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE