UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA MCCOY, | No. 2:22-cv-00566-DAD-JDP (PS) |
| Plaintiff, | |
| v. | ORDER REFERRING MOTION TO MAGISTRATE JUDGE |
| CA DEPT OF SOCIAL SERVICES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 302(a), plaintiff's *pro se* motion to appoint counsel to represent her in this action (Doc. No. 11) is hereby referred to United States Magistrate Judge Jeremy D. Peterson for the issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(A).

IT IS SO ORDERED.

Dated: __January 10, 2024__   _/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1